[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Kareem Solomon Bey )
)
)
_____, )
)
Plaintiff(s), )
)
vs. ) Case No. 22-50129
)
Appoximately 10 John Doe's )
)
_____, ) **RECEIVED**
)
) APR 27 2022
Defendant(s). )
.THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a **pro se** plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Kareem Malik Solomon Bey.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, Officers would not give me , is
(name, badge number if known)

☑ an officer or official employed by Federal government ;
(department or agency of government)
the U.S. Marshalls or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is District of the United States . As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about 4/18/22 , at approximately 1:00 ☐ a.m. ☑ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of United

States District Court , in the County of Winnebago ,

State of Illinois, at the entrance of the District Court house
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☐ failed to provide plaintiff with needed medical care;

☒ conspired together to violate one or more of plaintiff's civil rights;

☐ Other: failed to identify themselves, failed to allow plaintiff access to public courts, Threatened to arrest, Discriminate against my lawful Drivers License, also committed slander by saying I was part of an anti Government Organization.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

failure to be professional and serve the public.
consiracy against Rights.

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (*Leave blank*

    *if no custom or policy is alleged*):_____

    _____

    _____

    _____.

8.  Plaintiff was charged with one or more crimes, specifically:

    _____

    _____

    _____

    _____

9.  (*Place an X in the box that applies. If none applies, you may describe the criminal
    proceedings under "Other"*) The criminal proceedings

    ☐   are still pending.

    ☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows_____

    _____.

    ☐ Other: There was only threats of arrest_____.

    _____

    [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
    may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
    conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I enter the court house at around 1:00pm on 4/18/22 when I was stopped at the metal detector by an officer who aske for everything out of my pockets and a valid state ID, I presented an Drivers license from the United States of America Republic, at said time officer said this is a fake ID and anti government and that if I didn't have a United States ID I couldn't enter the court house. I asked for his supperior he called a person down who also denied me access to the public clerks office, the I asked for the Marshall to come down which they did and was also rude and unprofessional who threatend to arrest me.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Psychological trauma, anxiety, mental anguish

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.      ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Kareem Solomon Bey

Plaintiff's name *(print clearly or type)*: Kareem Solomon Bey

Plaintiff's mailing address: P.O. Box 214

City Rockford          State Il.          ZIP 61105

Plaintiff's telephone number: (224) 256-1104

Plaintiff's email address *(if you prefer to be contacted by email)*: Kareembey1974 @gmail.com

15.     Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff.  An additional signature page may be added.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]